■ MARION D. ELWYN, Respondent, v. MARTIN F. COMEAU, as Executor of SHERMAN R. ELWYN and Another, Deceased, Appellant, et al., Defendants. — Appeal from a judgment of the Supreme Court, Ulster County Trial Term entered after a trial without a jury. Judgment affirmed on the opinion of Mr. Justice MACAFFER (8 Misc 2d 704), with costs to plaintiff-respondent and against the defendant-appellant. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.

■ LINCOLN E. FIELD et al., Individually and Constituting the Board of Veterinary Medical Examiners of the State of New York, et al., Appellants, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, et al., Respondents.— Order of August 15, 1957 modified to the extent only of permitting the defendants-respondents to issue to respondent Appleby such paper or papers as may be required and to re-enter in their records notations necessary to continue during the pendency of this action the present status of the respondent Appleby without prejudice to the rights or remedies of any of the parties hereto. Cross application by plaintiffs for a " finding " that the certificate of registration which has been issued by respondents, concededly in error, is a " nullity and nullifying the same " is not the kind of relief summarily recognizable in this court by motion and is denied even though one of the defendants consented thereto on the argument. We decline in this form to pass definitively on the question. Motion by plaintiffs to amend the decision on the prior appeal to allow costs denied. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of FAY TAYLOR, Appellant, against COHEN & GANBAUM, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ROSE LEVINE, Respondent, against HYMAN ROSEN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal from a decision and award of the Workmen's Compensation Board for compensation for disability granted, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. ADAMS, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—Appeal from an order of the County Court, Clinton County. Appellant being duly represented by counsel assigned to him by the court, entered a plea of guilty on November 5, 1946 in the Suffolk County Court to burglary, third degree. Thereafter, on December 9, 1946, an information was filed by the District Attorney charging appellant with having been previously convicted of a felony. Counsel for appellant appearing with him in court, defendant in the words of the official record, " plead guilty as charged in the information and moves immediate sentence ". By writ of habeas corpus appellant sought a review of this proceeding, arguing that he was not further advised of his rights on the filing of the information and the plea of " guilty " to the information is not admission of facts contemplated by section 1943 of the Penal Law. But the presence and assistance of counsel made further explanation of procedure unnecessary and the plea of "guilty " is to be deemed a sufficient admission of the facts to authorize the imposition of sentence based on the prior felony conviction. (People v. Gowasky, 244 N. Y. 451.) Although we discuss the merits of appellant's claim the question is not available through habeas corpus (People ex rel. Scharff v. Frost, 198 N. Y. 110; People ex rel. Carr v. Martin, 286 N. Y. 27). Order dismissing writ affirmed. Bergan, J. P., Coon, Halpern and Gibson, JJ., concur.